IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PASQUALE T. DEON, SR., and MAGGIE HARDY MAGERKO, | : Civil No. 1:17-cv-1454 |
| Plaintiffs, | : |
| v. | : |
| DAVID M. BARASCH, KEVIN F. O'TOOLE, RICHARD G. JEWELL, SEAN LOGAN, KATHY M. MANDERINO, MERRITT C. REITZEL, WILLIAM H. RYAN, JR., and DANTE SANTONI JR., Members of the Pennsylvania Gaming Control Board, in their official capacities; PAUL MAURO, Director of the Pennsylvania Gaming Control Board's Bureau of Investigation and Enforcement, in his official capacity; CYRUS PITRE, Director of the Pennsylvania Gaming Control Board's Office of Enforcement Counsel, in his official capacity; and JOSH SHAPIRO, Attorney General of Pennsylvania, in his official capacity, | : |
| Defendants. | : Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED AND DECLARED** that:

1. Plaintiffs' motion for summary judgment is **GRANTED**.

2. Section 1513 of the Pennsylvania Gaming Act, 4 Pa. C.S. § 1513 is violative of the First Amendment of the United States Constitution;

accordingly, it is unconstitutional and its enforcement is permanently enjoined.

3. The Clerk of Court is directed to close this file.

s/Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge

Dated: September 19, 2018