# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PASQUALE T. DEON, SR. and MAGGIE HARDY MAGERKO<br>  Plaintiffs<br><br>v.<br><br>DAVID M. BARASCH, KEVIN F. O'TOOLE, RICHARD G. JEWELL, SEAN LOGAN, KATHY M. MANDERINO, MERRITT C. REITZEL, WILLIAM H. RYAN, JR., DANTE SANTONI JR., PAUL MAURO, CYRUS PITRE *and* JOSH SHAPIRO,<br><br>  Defendants | :<br>:<br>:  No. 1:17-CV-1454<br>:<br>:  Honorable Sylvia H. Rambo<br>:<br>:  Electronically Filed Document<br>:<br>:<br>:<br>:<br>:<br>:<br>:  *Complaint Filed 08/15/17* |

## NOTICE OF APPEAL

Notice is hereby given that Defendants David M Barasch, Kevin F. O'Toole, Richard G. Jewell, Sean Logan, Kathy M. Manderino, Merritt C. Reitzel, William H. Ryan, Jr., Dante Santoni, Jr., Paul Mauro, and Cyrus Pitre, in their official capacities as officials of the Commonwealth of Pennsylvania, Pennsylvania Gaming Control Board, and Josh Shapiro, in his official capacity as the Attorney General of Pennsylvania, by and through their attorneys, hereby appeal to the United States Court of Appeals for the Third Circuit from the final order and judgment in this case entered on September 19, 2018 (Doc. 58).

|  |  |
|---|---|
|  | **JOSH SHAPIRO**<br>**Attorney General** |
|  | **By:** *s/ Karen M. Romano*<br>**KAREN M. ROMANO** |
| **Office of Attorney General**<br>**15th Floor, Strawberry Square**<br>**Harrisburg, PA 17120**<br>**Phone: (717) 787-2717**<br>**kromano@attorneygeneral.gov** | **Senior Deputy Attorney General**<br>**Attorney ID 88848**<br><br>**KELI M. NEARY**<br>**Chief Deputy Attorney General**<br>**Chief, Civil Litigation Section** |
| **Date: October 17, 2018** | *Counsel for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PASQUALE T. DEON, SR.** and **MAGGIE HARDY MAGERKO** | : |
| Plaintiffs : | |
| : | No. 1:17-CV-1454 |
| v. : | |
| : | Honorable Sylvia H. Rambo |
| **DAVID M. BARASCH, KEVIN F. O'TOOLE, RICHARD G. JEWELL, SEAN LOGAN, KATHY M. MANDERINO, MERRITT C. REITZEL, WILLIAM H. RYAN, JR., DANTE SANTONI JR., PAUL MAURO, CYRUS PITRE** and **JOSH SHAPIRO,** : : : : : : : | Electronically Filed Document |
| Defendants : | *Complaint Filed 08/15/17* |

## CERTIFICATE OF SERVICE

I, Karen M. Romano, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 17, 2018, I caused to be served a true and correct copy of the foregoing document titled Notice of Appeal to the following:

**VIA ECF:**

**Adam A. Desipio, Esquire**
**Courtney G. Saleski, Esquire**
**Timothy J. Lowry, Esquire**
**Nathan P. Heller, Esquire**
DLA Piper LLP

**Amanda L. Morgan, Esquire**
**Jesse C. Medlong, Esquire**
DLA Piper LLP
555 Mission Street, Suite 2400
San Francisco, CA  94105

One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  17103-7300
adam.desipio@dlapiper.com
courtney.saleski@dlapiper.com
timothy.lowry@dlapiper.com
Nathan.heller@dlapiper.com
*Counsel for Plaintiff Deon*

amanda.morgan@dlapiper.com
jesse.medlong@dlapiper.com
*Counsel for Plaintiff Deon*

**John J. Hamill, Esquire**
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL  60606-0089
john.hamill@dlapiper.com
*Counsel for Plaintiff Deon*

**Alexander W. Saksen**
Gordon Rees Scully Mansukhani, LLP
707 Grant Street, Suite 3800
Pittsburgh, PA  15219
asaksen@grsm.com
*Counsel for Plaintiff Magerko*

 *s/ Karen M. Romano*
**KAREN M. ROMANO**
**Senior Deputy Attorney General**