# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PASQUALE T. DEON, SR. and MAGGIE HARDY MAGERKO,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID M. BARASCH, KEVIN F. O'TOOLE, RICHARD G. JEWELL, SEAN LOGAN, KATHY M. MANDERINO, MERRITT C. REITZEL, OBRA S. KERNODLE, IV, and DANTE SANTONI JR., Members of the Pennsylvania Gaming Control Board, in their official capacities; PAUL MAURO, Director of the Pennsylvania Gaming Control Board's Bureau of Investigation and Enforcement, in his official capacity; CYRUS PITRE, Director of the Pennsylvania Gaming Control Board's Office of Enforcement Counsel, in his official capacity; and JOSH SHAPIRO, Attorney General of Pennsylvania, in his official capacity.<br><br>Defendants. | Civil Action No.:  1:17-cv-1454-SHR<br><br>Honorable Sylvia H. Rambo<br><br>**ORDER** |

AND NOW, this 1st day of November, 2018, upon consideration of Plaintiff Maggie Hardy Magerko's Consent Motion to Withdraw Fee Petition, it is hereby ORDERED, ADJUDGED, AND DECREED that said Motion is GRANTED.  Plaintiff Magerko's Motion for Fees (*ECF 61*) is hereby WITHDRAWN.

BY THE COURT:

  s/Sylvia H. Rambo
Hon. Sylvia Rambo
